

# NUMBER 13-23-00067-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOHN PADILLA,                                                                          Appellant,

v.

RENO DEL BOSQUE,                                                                    Appellee.

## On appeal from the County Court at Law No. 5
## of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina**
**Memorandum Opinion by Justice Longoria**

On February 17, 2023, appellant, John Padilla, filed a notice of appeal. On February 17, 2023, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. On March 14, 2023, the Clerk of the Court notified appellant he was delinquent in remitting a $205.00 filing fee. The Clerk of this

Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. TEX. R. APP. P. 42.3(c).

Appellant has not paid the filing fee nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
27th day of April, 2023.